IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| EZEKIEL J. COX, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 3:19CV111–HEH |
| DR. NWAOKOHA, *et al.*, | ) |
|     Defendants. | ) |

**MEMORANDUM OPINION**
**(Dismissing Action Without Prejudice)**

By Memorandum Order entered on March 19, 2019, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released. On December 9, 2020, the Virginia Department of Corrections defendants informed the Court that Plaintiff had been "release[d] from state custody." (ECF No. 64, at 2.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice. The outstanding motions (ECF Nos. 59, 63) will be denied without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                      /s/
                                    HENRY E. HUDSON
Date: June 7, 2021        SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia